UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____JASON BRAGG_____ | |
| Plaintiff(s) | |
| | CIVIL ACTION |
| v. | NO. __1:19-11078-WGY_____ |
| _____MBTA_____ | |
| Defendant(s) | |

## JUDGMENT IN A CIVIL CASE

__YOUNG, DJ_____

____  **Jury Verdict.**   This action came before the court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by the Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED:

Judgment for the defendant, MBTA.

ROBERT M. FARRELL
CLERK OF COURT

_4/6/2021_____                              By   __/s/ Jennifer Gaudet_____
Date                                                        Deputy Clerk